FIRST REAL ESTATE INVESTMENT TRUST OF NEW JERSEY v. THE MAYOR AND COUNCIL OF THE TOWNSHIP OF WAYNE, *ET AL.*

February 2, 1971. Petition for certification denied.

MICHAEL J. FLYNN, *ET AL.* v. CVIIL SERVICE COMMISSION OF THE STATE OF NEW JERSEY.

February 2, 1971. Petition for certification denied. (See 112 *N. J. Super.* 148.)

STATE OF NEW JERSEY v. ANTHONY D'ALESSANDRO.

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ALMO JAMISON, JR.

February 2, 1971. Petition for certification denied.

GEORGE ROTHMAN, *ET AL.* v. BOARD OF ADJUSTMENT OF ENGLEWOOD CLIFFS, *ET AL.*

February 2, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ROXIE TRACANNA.

February 2, 1971. Petition for certification denied.